## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Frank B. DOLBOW, Petitioner,**

v.

**DEPARTMENT OF the INTERIOR, Respondent.**

No. 06–3042.

United States Court of Appeals, Federal Circuit.

June 12, 2006.

Before RADER, SCHALL, and BRYSON, Circuit Judges.

**Beverly GEBHARDT (Administratrix of the estate of Bradley H. Simmons), Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 05–3332.

United States Court of Appeals, Federal Circuit.

June 13, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.